UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13
                                          Case No.

                                          OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
                                          HEARING; CERTIFICATE OF SERVICE
                                          CLAIMANT:
Debtor(s)_____/ CLAIM NO:

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:
NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim)     DOLLAR AMT     DATE FILED
\*
\*
\*
\*

The basis for the objection is that the claim:
___   duplicates claim no. _____ filed on _____ by _____.
___   does not include a copy of the underlying judgment.
___   does not include a copy of the security agreement and evidence of perfection.
___   fails to assert grounds for priority.
___   does not include a copy of the assignment(s) upon which it is based.
___   appears to include interest or charges accrued after the filing of this case on _____.
___   is not timely filed.
___   _____
      _____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___   allowed as a secured claim in the amount of:    $_____.
___   allowed as an unsecured claim in the amount of: $_____.
___   allowed as a priority claim in the amount of:   $_____.
___   disallowed in its entirety
___   _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:_____   _____
                                        [Attorney for] Objecting Party
DEBTOR(S') ADDRESS:                     *
*                                       *
*                                       *
*                                       * Telephone:

CERTIFICATE OF SERVICE
I am not less than 18 years of age and not a party to the within case. My business address is: _____
_____. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at _____, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at _____, California.   _____
\*                           \*                              \*
\*                           \*                              \*
\*                           \*                              \*
\*                           \*                              \*

Rev. 2/05

Case: 09-50593   Doc# 20   Filed: 01/19/10   Entered: 01/19/10 11:58:39   Page 1 of 1